UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM SERVICES LLC,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00325-CDB<br><br>**ORDER TO ATTORNEYS BRIGITTE MILLS AND CAMRON DOWLATSHAHI TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH ORDER**<br><br>**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**<br><br>TEN DAY-DEADLINE |

This action was commenced by Plaintiff Cassandra Gonzalez in state court and removed to this Court by Defendant Amazon.com Services LLC on March 18, 2024. (Doc. 1). Given that neither of Plaintiffs' noticed attorneys are registered to practice before this Court, on March 19 and March 20, 2024, the Clerk of the Court directed attorneys Brigitte Mills and Camron Dowlatshahi to register for admission with this Court. (Docs. 4, 5). These notices were emailed to both counsel at their email addresses of record; separately, the notice to attorney Mills was mailed to her law firm's address along with the Court's service of the case opening documents. To date, Attorneys Mills and Dowlatshahi have failed to comply with the Court's direction and remain ineligible to prosecute this action given their failure to register for admissions.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules

or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

Based on the foregoing, IT IS HEREBY ORDERED that **within ten (10) days** of entry of this order, Attorneys Dowlatshahi and Mills shall show cause in writing why they should not be sanctioned for failing to timely register for admissions to this Court. Attorneys Dowlatshahi and Mills may comply with this order by timely filing either (1) a status report outlining why they failed to register for admissions, or (2) an application with the Clerk of the Court for admissions.

**Plaintiff is admonished that counsel's failure to timely respond to and comply with this Order to Show Cause may result in dismissal of this action or other appropriate sanction.**

IT IS FURTHER ORDERED, based on counsel for Plaintiff's failure to apply for admissions to this Court, that the Initial Scheduling Conference set for June 13, 2024, is rescheduled for June 26, 2024, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __May 31, 2024__                    _____
                                          UNITED STATES MAGISTRATE JUDGE

2