1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    CASSANDRA GONZALEZ,                    Case No.  1:24-cv-00325-KES-CDB

12                Plaintiff,                 ORDER GRANTING STIPULATED
                                             REQUEST TO CONTINUE DEADLINES
13         v.                                AND AMENDING SCHEDULING ORDER
                                             AS MODIFIED
14    AMAZON.COM SERVICES, LLC,
                                             (Doc. 19)
15                Defendant.
                                             ORDER VACATING MID-DISCOVERY
16                                           STATUS CONFERENCE

17

18

19    **Background**

20         Pending before the Court is the parties' stipulated request to continue case management

21    deadlines.  (Doc. 19).  In support of the request, the parties represent that, since the filing of this

22    action, counsel for both Plaintiff and Defendant have changed the attorneys handling this matter.

23    This has required the new handling attorneys to take additional time to familiarize themselves with

24    the case.  The parties provide that they are actively involved in informal negotiations and, if

25    unsuccessful, may consider scheduling a settlement conference through the Court.  As such, they

26    have agreed to conserve resources as to discovery until they have had the opportunity to engage in

27    settlement discussions.  (*Id.* at 2; Doc. 19-1 at 2).  The parties met and conferred on March 17,

28    2025, regarding the requested continuance.  (Doc. 19-1 at 2).  Additionally, in their joint status

report filed in advance of the mid-discovery status conference, the parties represent that they have exchanged initial disclosures, documents, and written discovery.  (Doc. 18 at 2).

**Discussion**

The parties propose the following extended deadlines (Doc. 19 at 3):

| Event | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Deadline | 05/30/2025 | 08/28/2025 |
| Expert Disclosure Deadline | 06/30/2025 | 09/28/2025 |
| Rebuttal Disclosure Deadline | 07/14/2025 | 10/12/2025 |
| Expert Discovery Deadline | 08/29/2025 | 11/27/2025 |
| Mid-Discovery Status Conference | 03/27/2025 | |
| Non-Dispositive Motion Filing Deadline | 05/30/2025 | 08/28/2025 |
| Non-Dispositive Motion Hearing | 07/08/2025 | |
| Dispositive Motion Filing Deadline | 06/19/2025 | 09/17/2025 |
| Dispositive Motion Hearing | 08/04/2025 | |
| Pre-Trial Conference | 12/01/2025 | 03/01/2026 |
| Trial | 01/27/2026 | 04/27/2026 |

As the parties have not demonstrated good cause for a 90-day continuance, the Court finds a shorter continuance of 45 days as to the above dates to be warranted.

Given the extension of other deadlines, it is impractical to grant the parties' request while maintaining the current mid-discovery status conference, non-dispositive motion hearing, and dispositive motion hearing dates.  As such, the mid-discovery status conference, non-dispositive motion hearing, and dispositive motion hearing dates will be extended.

In light of the extensions of time granted herein, the Court admonishes the parties that it is unlikely to grant further extensions of time absent extraordinary circumstances.  As the Court of Appeals has observed:

> In these days of heavy caseloads, trial courts in both the federal and state systems routinely set schedules and establish deadlines to foster efficient treatment and resolution of cases.  Those efforts will be successful only if the deadlines are taken seriously by the parties, and the best way to encourage that is to enforce the deadlines.  Parties must understand that they will pay a price for failure to comply

strictly with scheduling and other orders . . .

*Wong v. Regents of Univ. of Cal.*, 410 F.3d 1052, 1060 (9th Cir. 2005).  While the Court finds a brief extension of deadlines appropriate to accommodate the parties' anticipated settlement discussions, it will require that protracted discussions beyond the six-week extension granted herein be undertaken in parallel with timely completion of discovery obligations.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 14) be amended only to the extent of continuing the following deadlines:

| Event | Prior Date | Amended Date |
| --- | --- | --- |
| 1. Non-Expert Discovery Deadline | 05/30/2025 | **07/14/2025** |
| 2. Expert Disclosure Deadline | 06/30/2025 | **08/14/2025** |
| 3. Rebuttal Disclosure Deadline | 07/14/2025 | **08/28/2025** |
| 4. Expert Discovery Deadline | 08/29/2025 | **10/13/2025** |
| 5. Mid-Discovery Status Conference | 03/27/2025 | **05/15/2025** |
| 6. Non-Dispositive Motion Filing Deadline | 05/30/2025 | **07/14/2025** |
| 7. Non-Dispositive Motion Hearing | 07/08/2025 | **08/22/2025** |
| 8. Dispositive Motion Filing Deadline | 06/19/2025 | **08/04/2025** |
| 9. Dispositive Motion Hearing | 08/04/2025 | **09/22/2025** |
| 10. Pre-Trial Conference | 12/01/2025 | **01/20/2026** |
| 11. Trial | 01/27/2026 | **03/24/2026** |

IT IS SO ORDERED.

Dated:   **March 21, 2025**                     _____

UNITED STATES MAGISTRATE JUDGE